# EXHIBIT D

Policy and Practice Statement Changes                                                      Page 1 of 1


**ERNST & YOUNG**
*Quality In Everything We Do*

**Daily Connection**   P o l i c y   U p d a t e
Date Published: 04/25/2006

## Policy and Practice Statement Changes

Changes and revisions to the firm's Policy and Practice Statements reported to us can be found by clicking below.

▼ *See changes that will affect you ...*

AA7521— The Policy and Practice Statement on EY's Common Ground Dispute Resolution Program has been revised. Changes to the Common Ground procedures include: Employees now have a choice of three alternative dispute resolution providers; except for a fee equal to what it would have cost the employee to sue in court, the firm will pay the entire cost of mediation (not including any attorney's fees); disputes up to $1 million will be heard by a single arbitrator, rather than by a three-arbitrator panel. These changes will be effective May 25, 2006. You are encouraged to read the entire Policy and Practice Statement.

Copyright 2005 Ernst & Young LLP            National Communication Services            04/25/2006

http://nac.iweb.ey.com/firmwide/dailyarc.nsf/(alldocuments)/54C0963051AFE3EA8525715...   1/6/2011

EXHIBIT D TO DECL. OF I. MCGUIRE, PAGE 26