UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MORRIS and KELLY McDANIEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG, LLP, and ERNST & YOUNG U.S., LLP,<br><br>Defendants. | Case No. 12-cv-04964-RMW (HRL)<br><br>**ORDER DENYING MOTION TO EXCEED APPLICABLE PAGE LIMIT FOR MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY PROCEEDINGS AND COMPEL ARBITRATION BRIEFING**<br><br>[Re Dkt. No. 43] |

On January 23, 2013, the parties filed a proposed order and stipulation to extend the applicable page limit by ten (10) pages for both the opposition and reply briefing to defendants' motion to dismiss, or in the alternative, stay proceedings and compel arbitration.

Under Civil Local Rule 7-4(b), "unless the court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text." Civil Local Rule 7-11(a), in turn, provides that a motion for an order on a miscellaneous administrative matter, including a motion to exceed otherwise applicable page limitations, "must set for the specifically . . . the *reasons supporting the motion* . . ." (emphasis added).

The parties fail to provide any explanation in support of the request for ten extra pages for the opposition and reply briefs. Given that defendants' opening brief was well under the 25 page limit pursuant to Civil Local Rule 7-2(b), the court does not see why ten extra pages would be necessary for the opposition and reply briefing. Absent any reason(s) in support of the motion, the court DENIES the motion, without prejudice to re-file.

IT IS SO ORDERED.

Dated:   January 24, 2013

_____
United States District Judge

ORDER DENYING MOTION TO EXCEED APPLICABLE PAGE LIMIT
Case No. 12-cv-04964-RMW (HRL)