1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN MORRIS and KELLY McDANIEL, on behalf of themselves and all others similarly situated, | Case No. C-12-04964-RMW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ERNST & YOUNG, and ERNST & YOUNG U.S., LLP, | |
| Defendants. | |

On July 9, 2013, the court granted defendants Ernst & Young and Ernst & Young U.S., LLP's (collectively "Ernst & Young") motion to dismiss and compel arbitration.  Order, Dkt. No. 63.  Accordingly, the court enters judgment in favor of Ernst & Young and against plaintiffs. Plaintiffs shall take nothing by way of their complaint.

 Dated:  July 23, 2013

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge