

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 8, 2016

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Ernst & Young, LLP, et al.
         v. Stephen Morris, et al.
         No. 16-300
         (Your No. 13-16599)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 8, 2016 and placed on the docket September 8, 2016 as No. 16-300.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Jacob C. Travers
                    Case Analyst