# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 13, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Ernst & Young LLP, et al.
v. Stephen Morris, et al.
No. 16-300
(Your No. 13-16599)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petitions for writs of certiorari in Nos. 16-285 and 16-307 are granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk