**FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHEN MORRIS; KELLY MCDANIEL, on behalf of themselves and all others similarly situated, *Plaintiffs-Appellants,* | No. 13-16599 D.C. No. 5:12-cv-04964-RMW |
| v. | OPINION |
| ERNST & YOUNG, LLP; ERNST & YOUNG U.S., LLP, *Defendants-Appellees.* | |

On Remand from the United States Supreme Court

Filed July 9, 2018

Before: Sidney R. Thomas, Chief Judge, and Sandra S. Ikuta and Andrew D. Hurwitz, Circuit Judges.

Per Curiam Opinion

2    MORRIS V. ERNST & YOUNG

## OPINION

PER CURIAM:

In light of the Supreme Court's opinion dated May 21, 2018, the opinion of this Court dated August 22, 2016, 834 F.3d 975 is **VACATED** and judgment is entered **AFFIRMING** the district court's grant of Defendant-Appellees' motion to compel arbitration.

**AFFIRMED.**