UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MORRIS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ERNST & YOUNG L.L.P., et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-04964-JSW<br><br>**ORDER OF DISMISSAL** |

　　　Pursuant to the Court's order dated May 18, 2022, and Plaintiffs' failure to initiate arbitration proceedings, the Court HEREBY DISMISSES this matter with prejudice. The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated: August 26, 2022

_____
JEFFREY S. WHITE
United States District Judge