MAX FOLKENFLIK
(Admitted *Pro Hac Vice*)
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone:  (212) 757-0400
Facsimile:  (212) 757-2010

ROSS L. LIBENSON, (State Bar No. 181912)
**LIBENSON LAW**
1939 Harrison Street, Suite 917
Oakland, CA  94612
Telephone:  (510) 451-4441
Facsimile:  (510) 835-1311

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MORRIS and KELLY McDANIEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG, LLP, and ERNST & YOUNG U.S., LLP,<br><br>Defendants. | Case No. 12-cv-04964-JSW<br><br><br>[Proposed] ORDER VACATING ORDER OF DISMISSAL and STAYING PROCEEDINGS |

The Court having been informed that the Plaintiffs have initiated arbitration proceedings consistent with this Court's prior order [ECF no. 86], hereby vacates it order of August 26, 2022 [ECF no. 87], and directs the Clerk to re-open the file.  The Court further Orders this matter shall be stayed during the pendency of the arbitrations, and at the conclusion of each arbitration the parties shall so inform the Court. within 5 days.

IT IS SO ORDERED.

Dated:   August 29        , 2022

_____
United States District Judge