UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MORRIS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ERNST & YOUNG L.L.P., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-04964-JSW<br><br>**ORDER REQUIRING JOINT STATUS UPDATE**<br><br>Re: Dkt. No. 89 |

On August 29, 2022, this Court issued an order continued the stay of this matter pending arbitration and required the parties to update the Court on the status of the arbitration within 5 days of its conclusion. The Court has received no updates in this matter.

In a related matter (*Ho v. Ernst & Young LLP*, 05-cv-04867-JSW), the Court was informed that the arbitration proceedings were concluded on December 31, 2023. Accordingly, the parties are HEREBY ORDERED to update the Court by no later than April 1, 2004, regarding the procedure for award enforcement proceedings, including a briefing schedule should the parties intend to challenge the arbitration decision. The stay is HEREBY LIFTED.

**IT IS SO ORDERED.**

Dated: March 26, 2024

_____
JEFFREY S. WHITE
United States District Judge